UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROSE EXPOSE,<br><br>        Plaintiff,<br><br>    v.<br><br>FAY SERVICING, INC., et al.,<br><br>        Defendants. | No. 2:19-cv-1866-TLN-KJN PS<br><br>ORDER GRANTING EXTENSION OF TIME TO PAY FILING FEE<br><br>(ECF No. 14) |

On September 27, 2019, the Court denied Plaintiff's motion to proceed in forma pauperis, and ordered Plaintiff to pay the filing fee within 28 days. (ECF No. 9.) Plaintiff response on October 18, requesting either additional time to pay the fee or a payment plan. (ECF No. 14.) Plaintiff submitted additional documentation concerning her income and expenses.

Based on this information, it is clear that a one-time $400 payment may represent a significant strain on Plaintiff's monthly budget. Therefore, the Court finds it appropriate to allow for monthly payments of $50.00 until the $400.00 filing fee is paid in full, payable by the due dates outlined below. Once the filing fee is satisfied, the Court will direct service of the Complaint on Defendants.

1. Plaintiff shall pay the filing fee of $400.00 on an installment schedule, with $50.00 payments to the Clerk of Court due on the following deadlines:
    a. November 1, 2019;

1

|   |   |
|---|---|
| 1 | b. December 2, 2019; |
| 2 | c. January 6, 2020; |
| 3 | d. February 3, 2020; |
| 4 | e. March 2, 2020; |
| 5 | f. April 3, 2020; |
| 6 | g. May 1, 2020; and |
| 7 | h. June 1, 2020. |

2. Once the filing fee is paid, the Court will direct service of the Complaint on the named Defendants; and

3. Failure to timely pay the amounts due may result in dismissal of the action under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

IT IS SO ORDERED.

Dated: October 23, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE