UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROSE EXPOSE, | No. 2:19-cv-01866-TLN-KJN |
| Plaintiff, | **ORDER** |
| v. | |
| FAY SERVICING, INC., et al., | |
| Defendants. | |

Plaintiff, proceeding *pro se*, brings this civil action in connection with a foreclosure. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On January 13, 2021, the magistrate judge filed findings and recommendations (ECF No. 29), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed. Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations (ECF No. 29) are ADOPTED IN FULL;
2. Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for failure to serve Defendants; and
3. The Clerk of the Court is directed to close this case.

DATED: February 12, 2021

Troy L. Nunley
United States District Judge